**Folander BROWN, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 27112.

Court of Criminal Appeals of Texas.

Oct. 27, 1954.

No attorney on appeal.

Henry Wade, Criminal Dist. Atty., Charles S. Potts, Asst. Dist. Atty., Dallas, Wesley Dice, State's Atty., Austin, for the State.

 

## PER CURIAM.

The conviction is for the offense of rape; the punishment, fifteen years in the penitentiary.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear regular and nothing is presented for review by this court.

The judgment is affirmed.